IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02364-REB-BNB

THOMAS SMITH, and
PAM SMITH, husband and wife,

Plaintiffs,

v.

ARGENT MORTGAGE COMPANY, LLC.,
WELLS FARGO BANK, N.A.,
HOMEQ SERVICING CORPORATION, and
HOPP & SHORE, LLC,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Withdraw Motions to Quash Summons for Insufficiency of Process and Insufficiency of Service of Process, and to Vacate Hearing Scheduled for January 25, 2006** (docket entry no. 29) and **Motion to Withdraw Motion to Quash Service of Process and to Vacate Hearing Scheduled for January 25, 2006** (docket entry no. 31) (the "Motions").

      IT IS ORDERED that the Motions are GRANTED. The hearing set for January 25, 2006 is VACATED.

      IT IS FURTHER ORDERED that defendant Hopp & Shore's Motion to Quash Service of Process (docket entry no. 6) is DENIED AS MOOT.

      IT IS FURTHER ORDERED that defendant HomEq Servicing Corporation's Motion to Dismiss (docket entry no. 15) and Motion to Quash (docket entry 16), are DENIED AS MOOT.

DATED: January 23, 2006