Thomas W. Smith
Pamela K. Smith
P.O. Box 1909
Dillon, CO 80435

"ORIGINAL"



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 13 2006

GREGORY C. LANGHAM
CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Thomas Smith, and<br>Pam Smith, husband and wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARGENT, et al.,<br><br>    Defendants. | Case No.: 05-CV-02364-RPM-BNB<br><br>**RESPONSE IN OPPOSITION TO DEFENDANT HOPP & SHORE'S MOTION TO DISMISS** |

Plaintiffs timely file RESPONSE IN OPPOSITION TO DEFENDANT HOPP & SHORE'S MOTION TO DISMISS and object to Defendant Hopp & Shore's Motion to Dismiss (Document #35).

### *PLAINTIFFS DISPUTED THE DEBT IN WRITING TO HOPP & SHORE*

1. The Motion to Dismiss states on page 2:

   ... Plaintiffs do not allege that they ever disputed the debt in writing to Hopp & Shore, and therefore do not state a claim for any violation of the FDCPA by Hopp & Shore.

However, the Complaint states in paragraph 54:

   54. Plaintiffs timely disputed all notices and claims of debt and demanded verification and validation.

1

In addition, the Complaint states on paragraph 58:

> 58. Without limitation, HOPP & SHORE instituted foreclosure proceedings without providing the required verification and validation. HOPP & SHORE should have provided the required verification and validation when their client HOMEQ didn't.

It is well known that foreclosure proceedings constitute a "claim of debt" and that the associated documents constitute a "notice of debt."

2. Hopp & Shore served on Plaintiffs two foreclosure documents (attached as Exhibits A and B) signed by Bradley T. Neiman of Hopp & Shore::

(1) Notice of Hearing, dated November 16, 2005;

(2) Notice of Foreclosure Proceedings Started, dated November 18, 2005

Both of these documents preceded the Complaint, which was filed on November 22, 2005. Therefore, they are included in the "all notices and claims of debt" described in paragraph 54.

3. Each of these documents states at the bottom "THIS IS AN ATTEMPT TO COLLECT A DEBT"

4. If this Court does not wish to admit these documents, on the principle that the Motion to Dismiss should be based on nothing but the face of the Complaint, then Plaintiffs will move for leave to amend the Complaint to incorporate these documents as exhibits.

### *PLAINTIFFS COMMUNICATED IN WRITING WITH HOPP & SHORE*

5. The Motion to Dismiss states on page 4:

> Plaintiffs here do not allege that they ever communicated in writing with Hopp & Shore.

2

RESPONSE IN OPPOSITION TO DEFENDANT
HOPP & SHORE'S MOTION TO DISMISS

However, the Complaint states in paragraph 54:

> 54. Plaintiffs timely disputed all notices and claims of debt and demanded verification and validation.

Since the above-mentioned documents are included in the "all notices and claims of debt" described in Paragraph 4, the Complaint does allege that Plaintiffs communicated in writing with Hopp & Shore.

## Conclusion

6.    For all the foregoing reasons, the Motion to Dismiss should be denied.

Respectfully submitted,

_____ February 10th, 2006
Thomas W. Smith

_____ February 10th, 2006
Pamela K. Smith

CERTIFICATE OF SERVICE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Smith v. Argent, et al

[ Case No. 05-CV-02364-REB-BNB ]

I, the undersigned, being over eighteen years of age, hereby certify that on the date last written below a true and correct copy of:

**RESPONSE IN OPPOSITION TO DEFENDANT
HOPP & SHORE'S MOTION TO DISMISS**

was served on the following parties:

Hopp & Shore, LLC, of Counsel
Janice Hofmann Clark
Bradley Todd Neiman
333 West Hampden Avenue, #500
Englewood, CO 80110
Phone: 303-806-8887
Fax: 303-806-8881

Argent Mortgage Company, LLC, of Counsel
Scott C. Sandberg
Katrin Miller Rothgery
SNELL & WILMER LLP
1200 Seventeenth Street, Suite 1900
Denver, CO 80202
Phone: (303) 634-2000
Fax: (303) 634-2020

HomEq Servicing Corporation, of Counsel
David R. Eason
BERENBAUM, WEINSHIENK & EASON, P.C.
370 Seventeenth Street
Republic Plaza, 48th Floor
Denver, CO 80202-5698
Phone: (303) 825-0800
Fax: (303) 629-7610

by:

\_\_\_X\_\_\_ United States Postal Service, ordinary first class mail postage prepaid
_____ United States Postal Service, certified or registered mail, return receipt req.
_____ Hand delivery
_____ FAX Number

Executed this _10th_ day of February 2006.

_____
Pamela K. Smith