IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 05-cv-02364-REB-BNB

THOMAS SMITH, and
PAM SMITH, husband and wife,

Plaintiffs,

v.

ARGENT MORTGAGE COMPANY, LLC.,
WELLS FARGO BANK, N.A.,
HOMEQ SERVICING CORPORATION, and
HOPP & SHORE, LLC,

Defendants.

**ORDER AFFIRMING ORDER OF UNITED STATES MAGISTRATE
JUDGE AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

This matter is before me on: 1) the plaintiff's **Application for Entry of Default and Entry of Default Judgment Against Defendant Wells Fargo Bank, NA** [#39], filed February 6, 2006; 2) the **Recommendation of United States Magistrate Judge** [#67], filed August 11, 2006; and 3) **Objection to Order Setting Aside Default of Wells Fargo and Objection to Magistrate's Recommendation** [#69], filed August 21, 2006. The Magistrate Judge has issued an order [#66], filed August 11, 2006, setting aside the Clerk's entry of default as to defendant Wells Fargo Bank, N.A. The Magistrate Judge recommends that the plaintiffs' application for entry of default judgment be denied. The plaintiffs have filed a combined objection to the order setting

aside the Clerk's entry of default, and an objection to the Magistrate Judge's recommendation [#69], filed August 21, 2006.

Under 28 U.S.C. § 636 (b) and F ED. R. C IV. P. 72 (a), I may modify or set aside any portion of a magistrate judge's order which I find to be "clearly erroneous or contrary to law." Having reviewed the Magistrate Judge's order and the plaintiffs' objection, I conclude that the plaintiff's objection is without merit. The order of the Magistrate Judge addressed in the plaintiff's objection is not clearly erroneous or contrary to law. Rather, the order is entirely proper. The plaintiffs' objection to the Magistrate Judge's order is overruled and denied.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, the objection, and the applicable case law. In addition, because the plaintiffs are proceeding *pro se*, I have construed their pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The recommendation is detailed and well-reasoned. Therefore, I find and conclude that the arguments advanced, the authorities cited, and the findings of fact, conclusions of law and recommendation proposed by the Magistrate Judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiffs' **Objection to Order Setting Aside Default of Wells Fargo and Objection to Magistrate's Recommendation** [#69], filed August 21, 2006, are **OVERRULED and DENIED** to the extent the plaintiff objects to the order of the Magistrate Judge setting aside the Clerk's entry of default as to defendant Wells Fargo Bank, N.A. [#66], filed August 11, 2006;

2. That the **Recommendation of United States Magistrate Judge** [#67], filed August 11, 2006, is **APPROVED and ADOPTED** as an order of the court;

3. That the plaintiffs' objections to the Magistrate Judge's recommendation, as stated in the plaintiffs' **Objection to Order Setting Aside Default of Wells Fargo and Objection to Magistrate's Recommendation** [#69], filed August 21, 2006, are **OVERRULED and DENIED**;

4. That the plaintiffs' request for entry of default judgment against defendant Wells Fargo Bank, N.A., as stated in the plaintiff's **Application for Entry of Default and Entry of Default Judgment Against Defendant Wells Fargo Bank, NA** [#39], filed February 6, 2006, is **DENIED**.

Dated August 23, 2006, at Denver, Colorado.

                                    **BY THE COURT:**

                                    s/ Robert E. Blackburn
                                    **Robert E. Blackburn**
                                    **United States District Judge**