IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-2364-REB-BNB

THOMAS SMITH and PAM SMITH,

Plaintiffs,

v.

ARGENT MORTGAGE COMPANY, LLC; WELLS FARGO BANK, N.A.; HOMEQ SERVICING CORPORATION; HOPP & SHORE, LLC,

Defendants;

ARGENT MORTGAGE COMPANY, LLC,

Third-Party Plaintiff,

v.

THE ESCROW FACTORY, INC. and DOES 1-5,

Third-Party Defendants.

## THIRD-PARTY COMPLAINT OF ARGENT MORTGAGE COMPANY, LLC

Defendant/Third-Party Plaintiff Argent Mortgage Company, LLC ("**Argent**"), through its counsel, Snell & Wilmer, LLP, asserts its Third-Party Complaint against Third-Party Defendants The Escrow Factory, Inc. ("**The Escrow Factory**") and Does 1-5, alleging as follows:

### Parties and Jurisdiction

1. Argent is a Delaware limited liability company doing business in Colorado.

2. Third-Party Defendant The Escrow Factory is a California corporation with its principal place of business at 18008 Sky Park Circle, Suite 200, Irvine, CA 92614.

3. Third-Party Defendants Does 1-5 are individuals, corporations, or other associations who are currently unknown to Argent. Argent will amend this Third-Party Complaint to reflect the true names and capacities of Does 1-5 when it ascertains the same.

4. This Court has jurisdiction pursuant to 28 U.S.C. §1332 and 28 U.S.C. § 1367.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

### Factual Allegations

6. The Escrow Factory served as the closing agent for a loan transaction that closed on February 22, 2005, involving Plaintiff Thomas W. Smith and identified as loan no. 0073544637 (the "Transaction").

7. Argent was the lender for the Transaction.

8. Argent provided The Escrow Factory with written Closing Instructions, which specified The Escrow Factory's duties as the closing agent for the Transaction.

9. A representative of The Escrow Factory signed the Closing Instructions.

10. The Closing Instructions provided, among other things:

   a. "Closing Agent is responsible for closing the loan with the borrower(s). Closing of the loan may not be delegated."

      b.    "Provide the borrower with a full copy of all loan documents, including copy of Note, Deed/Mortgage, and Federal Truth-in-Lending Disclosure Statement."

      c.    "EACH BORROWER and EACH PERSON HAVING AN OWNERSHIP INTEREST IN THE COLLATERAL PROPERTY must receive two (2) original copies of the completed Notice of Right to Cancel at the closing."

11.    Plaintiffs Thomas W. Smith and Pamela K. Smith now allege that, among other things, they did not receive all of the material disclosures required by 15 U.S.C. § 1639(a), including two copies of the Notice of Right to Cancel.

12.    Plaintiffs have filed suit against Argent based upon these allegations. Argent denies any wrongdoing with regard to the Transaction, and specifically denies any wrongdoing with regard to Plaintiffs' allegations concerning their receipt of all material disclosures.

### First Claim for Relief
### (Contribution)

13.    Argent hereby incorporates all allegations set forth above as if more fully set forth herein.

14.    Despite its denial of wrongdoing, Argent may be found liable to the Plaintiffs for the failures alleged in the Complaint, including the failure to provide material disclosures required by federal statutory law.

15.     Pursuant to C.R.S. §13-50.5-101, *et seq.*, Argent is entitled to contribution from The Escrow Factory and Does 1-5 for their pro rata share of any amounts Argent may pay to Plaintiffs arising from the allegations in the Complaint.

WHEREFORE, Argent respectfully requests that if the Court is inclined to enter any judgment against Argent, the Court enter judgment in favor of Argent and against Third Party Defendants in an amount to be determined at trial and award Argent its attorneys' fees, costs, pre-judgment interest, post-judgment interest, and all other relief that the Court deems just under the circumstances.

Dated: September 12, 2006.

                        SNELL & WILMER L.L.P.

By:   *s/ Katrin Miller Rothgery*
      Scott C. Sandberg, #33566
      Katrin Miller Rothgery, #35717
      1200 Seventeenth Street, Suite 1900
      Denver, CO  80202
      (303) 634-2000
      (303) 634-2020 (facsimile)

*Attorneys for Defendant/Third-Party Plaintiff*
*Argent Mortgage Company, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 12th day of September, 2006, a true and correct copy of the foregoing was sent via Electronic Case Filing (ECF) and/or U.S. Mail, postage prepaid, to the following:

| | |
|---|---|
| Thomas W. Smith<br>Pamela K. Smith<br>P.O. Box 1909<br>Dillon, CO 80435<br>*Plaintiffs* | Michael J. Belo, Esq.<br>Berenbaum, Weinshienk & Eason, P.C.<br>370 17st., Ste. 4800<br>Denver, CO 80202-5698<br>*Attorneys for Defendant HomEq Servicing Corporation* |
| Bradley T. Neiman, Esq.<br>Hopp & Shore, LLC<br>333 W. Hampden Ave., Ste. 500<br>Englewood, CO 80110<br>*Attorneys for Defendant Hopp & Shore, LLC* | |

    *s/ Stephannie Harris*

119768.1