IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02364-REB-BNB

THOMAS SMITH, and
PAM SMITH, husband and wife,

Plaintiffs,

v.

ARGENT MORTGAGE COMPANY, LLC.,
WELLS FARGO BANK, N.A.,
HOMEQ SERVICING CORPORATION, and
HOPP & SHORE, LLC,

Defendants;

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Escrow Factory's Unopposed Motion for Leave to Participate in 12/29/06 Settlement Conference Via Telephone** [docket no. 95, filed November 17, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and Escrow Factory's client representative may be available by telephone for the Settlement Conference set for **November 29, 2006**, and does not need to appear in person.

DATED:  November 21, 2006