**BW&E**

**Berenbaum, Weinshienk & Eason P. C.** *Attorneys at Law*

370 Seventeenth Street
Republic Plaza, Suite 4800
Denver, Colorado 80202-5698
Telephone: 303/825-0800
Facsimile: 303/629-7610

**Michael J. Belo**
Direct Dial: 303/592-8313
E-Mail: mbelo@bw-legal.com
www.bwelaw.com

February 1, 2007

<u>*Via CM/ECF Filing*</u>

Clerk, U.S. District Court
for the District of Colorado
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

        RE:   *Thomas Smith and Pam Smith v. Argent Mortgage Company, LLC, et al.*
                Civil Action No. 05-cv-2364-REB-BNB

Dear Sir:

      On January 31, 2007, the undersigned electronically filed Defendant HomEq Servicing Corporation's Motion for Summary Judgment, together with Defendant HomEq Servicing Corporation's Opening Brief in Support of Motion for Summary Judgment, and Exhibits thereto, as Docket No. 142. After the electronic filing was completed, I realized that the signature page of the Opening Brief did not contain the s/ signature.

      After consultation with the Clerk, this letter is being electronically filed, with the attached signature page containing the s/ signature, together with a Certificate of Service of this letter and the corrected signature page. Copies are also being sent to the pro se Plaintiffs via U.S. Mail, first class postage properly affixed. Co-Defendants will be electronically served by the CM/ECF system.

      Please make the appropriate notation to the docket that the corrected signature page has been filed.

      Thanks for your cooperation and attention to this matter.

                              Sincerely yours,

                              BERENBAUM, WEINSHIENK & EASON, P.C.

                                 *s/ Michael J. Belo*
                                Michael J. Belo

MJB:pba
Attachments