IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02364-REB-BNB

THOMAS SMITH, and
PAM SMITH, husband and wife,

Plaintiffs,

v.

ARGENT MORTGAGE COMPANY, LLC.,
WELLS FARGO BANK, N.A.,
HOMEQ SERVICING CORPORATION, and
HOPP & SHORE, LLC,

Defendants;
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Motion to Stay Amended Order Denying Verified Motion for Extension of Discovery Deadline for 60 Days Pending Appeal and Motion to Stay This Case Pending Appeal** [docket no. 134, filed January 30, 2007] (the "Motion"). Pursuant to the entry of the Order of the United States Court of Appeals on February 23, 2007,

     IT IS ORDERED that the Motion is DENIED AS MOOT.

DATED:  February 26, 2007