IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

| | |
|---|---|
| Civil Action No.  **05-cv-02364-REB-BNB** | Date:  March  20,  2007 |
| Courtroom Deputy:   Ellen E. Miller | FTR BNB COURTROOM A-401 |

---

THOMAS  SMITH,  and                              *Pro Se*
PAM  SMITH,
husband and wife,

      **Plaintiff(s),**

v.

ARGENT MORTGAGE COMPANY, LLC,        Scott C.  Sandberg
WELLS FARGO BANK, N.A.,               Katrin M.  Rothgery

HOMEQ SERVICING CORPORATION, and     Michael J.  Belo

HOPP & SHORE, LLC,                   Larry G.  Johnson

      **Defendant(s).**

ARGENT MORTGAGE COMPANY, LLC,        Ascott C.  Sandberg
                                     Katrin M.  Rothgery

      **Third-Party Plaintiff(s),**

v.

THE ESCROW   FACTORY, INC.,          R.  Livingston Keithley

      **Third-Party Defendant(s).**

---

## COURTROOM   MINUTES  /  MINUTE  ORDER

---

**HEARING:  MOTIONS  HEARING**
Court in Session:    3:30  p.m.
Appearance of counsel.   Also present are Larry G. Johnson for Hopp & Shore LLC and Elizabeth R. Rita for The Escrow Factory.

Court's opening remarks.

Discussion is held regarding pending motions for sanctions.

*05-cv-02364-REB-BNB*
*Motions Hearing*
*March 20, 2007*


**It is ORDERED:**   Defendants' JOINT MOTION FOR IMPOSITION OF SANCTIONS PURSUANT TO FED.R.CIV.P. 30(d)(3), AND TO COMPEL TESTIMONY PURSUANT TO FED.R.CIV.P. 37(a)(2)(B), AND REQUEST FOR FORTHWITH RULING (Docket No. **126,** Filed January 24, 2007) is **TAKEN UNDER ADVISEMENT.** The Court will issue a written order.


**It is ORDERED:**   Defendants' Argent and Wells Fargo MOTION FOR SANCTIONS PURSUANT TO FED.R.CIV.P. 37 (Docket No. **146,** Filed February 08, 2007) is **TAKEN UNDER ADVISEMENT.** The Court will issue a written order.


Discussion is held regarding Plaintiffs' Motion for Extension of Time to Reply.
Comments by Mr. Belo. In anticipation of the Motion being referred to the Magistrate Judge,

**It is ORDERED:**   Plaintiffs' MOTION FOR ENLARGEMENT OF TIME TO REPLY TO ALL DEFENDANTS' RESPONSES TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (Docket No. **174,** Filed March 07, 2007) is **GRANTED** for the reasons set forth on the record.
Plaintiffs shall have to and including **MARCH 23, 2007** within which to file their written responses/replies.
No further extensions will be granted.


HEARING CONCLUDES.

Court in Recess:   4:09 p.m.
Total In-Court time:   00:39