**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02364-REB-BNB

THOMAS SMITH, and
PAM SMITH, husband and wife,

    Plaintiffs,

v.

ARGENT MORTGAGE COMPANY, LLC.,
WELLS FARGO BANK, N.A.,
HOMEQ SERVICING CORPORATION, and
HOPP & SHORE, LLC,

    Defendants.

ARGENT MORTGAGE COMPANY, LLC,

    Third-Party Plaintiff,

v.

THE ESCROW FACTORY, INC., and
DOES 1-5,

    Third-Party Defendants.

## ORDER OF DISMISSAL OF
## THIRD-PARTY CLAIMS

**Blackburn, J.**

    The matter comes before the court on the **Stipulated Fed.R.Civ.P. 41(a)(1) and (c) Notice of Dismissal of Third-Party Claims, With Prejudice** [#206], filed May 17, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that the third-party claim in this action should

be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Fed.R.Civ.P. 41(a)(1) and (c) Notice of Dismissal of Third-Party Claims, With Prejudice** [#206], filed May 17, 2007, is **APPROVED**;

2. That the third-party claim in this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That third-party defendants The Escrow Factory, Inc., and Does 1-5 are **DROPPED** as named parties to this action; and

4. That the case caption is amended to delete and omit any reference to a third-party plaintiff or defendant.

Dated May 21, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**