### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 05-cv-02364-REB-BNB

THOMAS SMITH, and
PAM SMITH, husband and wife,

Plaintiffs,

v.

ARGENT MORTGAGE COMPANY, LLC.,
WELLS FARGO BANK, N.A.,
HOMEQ SERVICING CORPORATION, and
HOPP & SHORE, LLC,

Defendants.

## ORDER DENYING PLAINTIFF'S OBJECTION TO ORDER

**Blackburn, J**

      This matter is before me on the **Plaintiffs' Objection to Amended Order Denying Verified Motion for Extension of Discovery Deadline for 60 Days** [#137], filed January 29, 2007.  Under 28 U.S.C. § 636 (b) and FED. R. CIV. P. 72 (a), I may modify or set aside any portion of a magistrate judge's order which I find to be "clearly erroneous or contrary to law."  Having reviewed the Magistrate Judge's order [#125], filed January 23, 2007, and the plaintiff's objection, I conclude that the plaintiff's objection is without merit.  The order of the Magistrate Judge addressed in the plaintiff's objection is not clearly erroneous or contrary to law.

2

**THEREFORE IT IS ORDERED** that the **Plaintiffs' Objection to Amended Order Denying Verified Motion for Extension of Discovery Deadline for 60 Days** [#137], filed January 29, 2007, is **OVERRULED and DENIED**.

Dated August 29, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**