**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 05-cv-02364-REB-BNB

THOMAS SMITH, and
PAM SMITH, husband and wife,

Plaintiffs,

v.

ARGENT MORTGAGE COMPANY, LLC.,
WELLS FARGO BANK, N.A., and
HOPP & SHORE, LLC,

Defendants.

**ORDER DENYING PLAINTIFFS' VERIFIED MOTION
FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW**

**Blackburn**, J.

This matter is before me on the plaintiffs' **Verified Motion for Findings of Fact and Conclusions of Law** [#234], filed September 27, 2007.  I deny the motion.

In their motion, the plaintiffs "move for Findings of Fact and Conclusions of Law" regarding my Order on Motion for Summary Judgment [#226], filed August 29, 2007. *Verified motion* [#234], p. 1.  They seek further explanation of certain conclusions expressed in my order.  Finally, the plaintiffs state the basis for their disagreement with my conclusion that a certain statement in the scheduling order in this case is not binding on certain defendants.

I conclude that my order [#226] provides sufficient explanation of the bases of my rulings.  To the extent the plaintiffs seek reconsideration of my order [#226], such

relief is not warranted.

> Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice. Thus, a motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law.

*Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) (citations omitted). None of these grounds is circumstantiated here. Quintessentially, plaintiffs' motion is nothing more than a festooned reiteration of reasons stated, arguments advanced, and authorities cited previously. Thus, the plaintiffs' motion is denied.

**THEREFORE, IT IS ORDERED** that plaintiffs' **Verified Motion for Findings of Fact and Conclusions of Law** [#234], filed September 27, 2007, is **DENIED**.

Dated October 1, 2007, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**