**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02364-REB-BNB

THOMAS SMITH, and
PAM SMITH, husband and wife,

      Plaintiffs,

v.

ARGENT MORTGAGE COMPANY, LLC.,
WELLS FARGO BANK, N.A.,
HOMEQ SERVICING CORPORATION, and
HOPP & SHORE, LLC,

      Defendants.

---

**MINUTE ORDER**[1]

---

      The matter comes before the court on the **Motion of Defendant Argent Mortgage Company, LLC for Ruling as To Order of Witnesses and Request for Forthwith Determination** [#250], filed October 31, 2007.  The motion is **GRANTED**. Argent will not be required to begin its case in chief prior to 1:00 p.m., Wednesday, November 7, 2007.  As previously set, the trial of this case will begin on Tuesday, November 6, 2007, at 9:00 a.m.

      Dated:  November 1, 2007

---

      [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.