**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02364-REB-BNB

THOMAS SMITH, and
PAM SMITH, husband and wife,

    Plaintiffs,

v.

ARGENT MORTGAGE COMPANY, LLC.,
WELLS FARGO BANK, N.A.,
HOMEQ SERVICING CORPORATION, and
HOPP & SHORE, LLC,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on **Plaintiff's Motion For Enlargement Of Time** contained in the **Motion To Reconsider Findings of Fact and Conclusion of Law** [#270], filed November 29, 2007. The motion for enlargement of time is **DENIED**.

Dated: November 30, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.