IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-02364-REB-BNB

THOMAS SMITH, and
PAM SMITH, husband and wife,

    Plaintiffs,

v.

ARGENT MORTGAGE COMPANY, LLC.,
WELLS FARGO BANK, N.A.,
HOMEQ SERVICING CORPORATION, and
HOPP & SHORE, LLC,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on **Defendants Argent Mortgage and Wells Fargo's Motion For Leave To File a Response To Plaintiffs' First Motion For Reconsideration** [#284], filed February 26, 2008, is **GRANTED**, and **Defendants Argent Mortgage and Wells Fargo's Response in Opposition To Plaintiffs' First Motion For Reconsideration**, attached as an exhibit to the motion is accepted for filing.

    Dated: March 19, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.