IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 05-cv-02364-REB-BNB

THOMAS SMITH, and
PAM SMITH, husband and wife,

Plaintiffs,

v.

ARGENT MORTGAGE COMPANY, LLC.,
WELLS FARGO BANK, N.A.,
HOMEQ SERVICING CORPORATION, and
HOPP & SHORE, LLC,

Defendants.

## ORDER DENYING MOTION FOR STAY PENDING APPEAL

**Blackburn, J.**

This matter is before me on the **Plaintiffs' Objection To Order and Motion To Stay Execution Pending Appeal** [#292], filed May 2, 2008. I deny the motion.

A final judgment [#268] was entered on November 27, 2007. The plaintiffs filed a notice of appeal [#278] on December 13, 2007. On April 22, 2008, I entered an order [#291] granting defendant Hopp & Shore, LLC's November 16, 2007, motion for an award of attorney fees [#266]. The plaintiffs now ask that I stay execution of my attorney fee order [#291] pending resolution of their appeal. The plaintiffs cite no valid factual or legal basis for the entry of such a stay.

**THEREFORE, IT IS ORDERED** that the **Plaintiffs' Objection To Order and Motion To Stay Execution Pending Appeal** [#292], filed May 2, 2008, is **DENIED**.

Dated May 7, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**