IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02364-REB-BNB

THOMAS SMITH, and
PAM SMITH,

        Plaintiffs,

v.

ARGENT MORTGAGE COMPANY, LLC.,
WELLS FARGO BANK, N.A.,
HOMEQ SERVICING CORPORATION, and
HOPP & SHORE, LLC.

        Defendants.

ORDER TO CURE DEFICIENCY

Blackburn, Judge

    Plaintiffs submitted a Notice of Appeal on May 23, 2008. The court has determined that the document is deficient as described in this order. Plaintiffs will be directed to cure the following if they wish to pursue this appeal.

**(A)**   **Filing Fee**
      X    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      X    is not submitted
      ___  is not on proper form (must use the court's current form)
      ___  is missing original signature by plaintiff/petitioner on motion
      ___  is missing affidavit
      ___  affidavit is incomplete
      ___  is missing original signature by plaintiff/petitioner on affidavit
      ___  affidavit is not notarized or is not properly notarized
      ___  other_____

1

Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiffs, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiffs fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 29th day of May, 2008.

BY THE COURT:

s/ Robert E. Blackburn
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO