IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-02364-REB-BNB

THOMAS SMITH, and
PAM SMITH, husband and wife,

    Plaintiffs,

v.

ARGENT MORTGAGE COMPANY, LLC.,
WELLS FARGO BANK, N.A., and
HOPP & SHORE, LLC,

    Defendants.

**ORDER DENYING RENEWED MOTION FOR ENLARGEMENT OF TIME**

**Blackburn, J.**

This matter is before me on the **Plaintiffs' Renewed Motion for Enlargement of Time To File Renewed Objection To Order and Motion To Stay Execution Pending Appeal** [#299], filed May 23, 2008. I deny the motion.

I note that the plaintiffs, Thomas Smith and Pam Smith, have acted *pro se* throughout this case. Because the plaintiffs are proceeding *pro se*, I have reviewed all of their pleadings and papers, including the motion at issue here, more liberally than pleadings or papers filed by attorneys. *See, e.g.*, **Erickson v. Pardus**, ___ U.S. ___, ___,127 S.Ct. 2197, 2200 (2007); **Haines v. Kerner,** 404 U.S. 519, 520-21 (1972); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).

The plaintiffs seek an enlargement of time to file a renewed objection to my order

[#291], entered April 22, 2008. In that order, I granted defendant Hopp and Shore, LLC's motion for an award of attorney fees. In addition, the plaintiffs seek an extension of time to file a motion to stay execution of my order awarding attorney fees while their appeal of that order is pending. Attached to the plaintiffs' present motion is a document captioned **Plaintiffs' Renewed Objection To Order and Motion To Stay Execution Pending Appeal** (Renewed Objection). Apparently the Renewed Objection is the contemplated filing for which the plaintiffs seek an extension of time. The plaintiffs outline in the Renewed Objection the bases they would assert in support of their objection to my order awarding attorney fees, and the bases they would assert in support of their request for a stay of my award of attorney fees pending appeal. A declaration of plaintiff Pamela K. Smith is attached to the Renewed Objection. I have reviewed these documents to determine if they contain any support for the plaintiffs' present motion for an extension of time.

Having reviewed these documents, I conclude that the plaintiffs have not shown good cause of an extension of time, as required by REB Civ. Practice Standard II.G.1. Further, there is no likelihood that the arguments asserted in the Renewed Objection would be successful. The plaintiffs' proposed objection does not substantiate any of the three usual bases for reconsideration of an order, which are 1) an intervening change in the controlling law; 2) new evidence previously unavailable; or 3) the need to correct clear error or prevent manifest injustice. **Servants of the Paraclete v. Does**, 204 F.3d 1005, 1012 (10th Cir. 2000) (citations omitted). In their Renewed Objection, the plaintiffs simply revisit issues already addressed and resolved by the court. The plaintiffs

propose to seek a stay of my order awarding attorney fees based on their contention that my order likely will be overturned on appeal.  I conclude that the plaintiffs have little likelihood of succeeding on appeal and that there is no other basis for a stay of my order pending appeal.

**THEREFORE IT IS ORDERED** that the Plaintiffs' **Renewed Motion for Enlargement of Time To File Renewed Objection To Order and Motion To Stay Execution Pending Appeal** [#299], filed May 23, 2008, is **DENIED**.

Dated June 2, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**